UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENISE WOLFGRAM-KENNEDY,

      Plaintiff,

v.                                        Case No. 19-cv-774-pp

NANCY BERRYHILL,

      Defendant.

**ORDER REQUIRING PLAINTIFF TO FILE AMENDED MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE**

The plaintiff has filed a complaint seeking judicial review of a final administrative decision denying her claim for disability insurance benefits under the Social Security Act. Dkt. No. 1. She also filed a motion for leave to proceed without prepaying the filing fee. Dkt. No. 3.

The plaintiff did not sign and date her request to proceed without prepaying the filing fee, so the court will require that she file an amended request that includes the date she signed it and her signature. The court has a question about one other item on the request form: the plaintiff listed the value of her home as $1,200, dkt. no. 3 at 3, this seems rather low. If this is the correct value, the plaintiff obviously need not change it in her amended request. If, however, it is an error, the plaintiff should take this opportunity to list the correct amount.

1

The court **ORDERS** that the plaintiff shall file an amended request to proceed without prepaying the filing fee by the end of the day on **June 14, 2019**. If the court does not receive the amended request by the deadline, the court will dismiss the case under Civil Local Rule 41(c) (E.D.Wis.) for the plaintiff's lack of diligence.

Dated in Milwaukee, Wisconsin this 24th day of May, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**